# UNITED STATES DISTRICT COURT
## for the
## Northern District of Illinois

| | |
|---|---|
| James E. Brooks<br>*Plaintiff*<br>v.<br>Pactiv Corporation, a Delaware corporation, Prairie Packaging, Inc., a Delaware corporation and wholly owned subsidiary of Pactiv Corporation<br>*Defendants* | ) ) ) ) ) ) ) Civil Action No. 10 C 6510 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post-judgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendants *(name)* _____ recover costs from the plaintiff.

☒ other:
The case is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge Suzanne B. Conlon on a motion to dismiss.

Date: Dec. 23, 2011

Michael W. Dobbins, Clerk of Court

/s/ Alberta Rone, Deputy Clerk